Thimesch Law Offices
TIMOTHY S. THIMESCH, ESQ., No. 148213
GENE FARBER, ESQ. – Of Counsel, No. 44215
158 Hilltop Crescent
Walnut Creek, CA 94597
Tel: (925) 588-0401
Fax: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorneys for Plaintiff JEAN RIKER

PORTER | SCOTT
A PROFESSIONAL CORPORATION
JENNIFER E. DUGGAN, ESQ. (No. 183833)
350 University Ave., Suite 200
Sacramento, CA 95825
Tel: 916-929-1481
Fax: 916-927-3706
jduggan@porterscott.com

Attorneys for Defendants DISTILLERY; RONALD ALVERNAZ, and JAMES DUNPHY, JR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>    Plaintiff,<br><br>v.<br><br>DISTILLERY; RONALD ALVERNAZ; JAMES DUNPHY, JR.; JAMES DUNPHY, SR., and DOES 1 through 50, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. 2:08-CV-00450-MCE-JFM<br>Civil Rights<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT JAMES DUNPHY, SR. PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

WHEREAS the appearing defendants represent that named defendant JAMES DUNPHY, SR. was deceased prior to this action,

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Defendant JAMES DUNPHY, SR. be dismissed without prejudice pursuant to

```
 1  FRCP 41(a)(1)(A)(ii).
 2
 3  Dated: October 7, 2008        THIMESCH LAW OFFICES
                                  TIMOTHY S. THIMESCH
 4
 5                                     /s/ Signature Authorized
                                  Attorneys for Plaintiff
 6                                JEAN RIKER

 7  Dated: October 7, 2008        PORTER | SCOTT
                                  A PROFESSIONAL CORPORATION
 8                                JENNIFER E. DUGGAN, ESQ.
 9
                                       /s/ Signature Authorized
10                                Attorneys for Defendants
                                  DISTILLERY; RONALD ALVERNAZ, and
11                                JAMES DUNPHY, JR.
12
13                                ORDER

14       IT IS SO ORDERED.

15  DATED: October 6, 2008
16
                                  _____
17                                MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE
```