IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEAN RIKER,

        Plaintiff,        No. 2:08-cv-0450 MCE JFM

   vs.

DISTILLERY; et al.,

        Defendants.        <u>ORDER</u>

_____/

        On December 8, 2008, counsel filed a stipulation to reset hearing date on plaintiff's motion to compel. Good cause appearing, the stipulation will be granted in part. The hearing on plaintiff's motion to compel will be continued from December 11, 2008 to Thursday, December 18, 2008 at 11:00 a.m. in courtroom #27 before the undersigned. Counsel shall file their stipulation pursuant to Local Rule 37-251 by 12:00 p.m. Monday, December 12, 2008.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The December 8, 2008 stipulation is granted in part; and

        2. The hearing on plaintiff's motion to compel is continued from December 11, 2008 to Thursday, December 18, 2008 at 11:00 a.m. in courtroom #27 before the undersigned.

DATED: December 9, 2008.

                                                                    UNITED STATES MAGISTRATE JUDGE

/001; riker.eot