IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEAN RIKER,

        Plaintiff,                  No. 2:08-cv-0450 MCE JFM

   vs.

DISTILLERY; et al.,

        Defendants.        <u>ORDER</u>

                                 /

        On December 15, 2008, counsel filed a stipulation to reset the hearing date on plaintiff's motion to compel. Good cause appearing, the stipulation will be granted. The hearing on plaintiff's motion to compel will be continued from December 18, 2008 to Thursday, January 22, 2009 at 11:00 a.m. in courtroom #27 before the undersigned.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The December 15, 2008 stipulation is granted; and

        2. The hearing on plaintiff's motion to compel is continued from December 11, 2008 to Thursday, January 22, 2009 at 11:00 a.m. in courtroom #27 before the undersigned.

DATED: December 15, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; riker.eot2