**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ. (No. 148213)
GENE FARBER, ESQ. (No. 44215) - Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorney for Plaintiff JEAN RIKER

PORTER | SCOTT
A PROFESSIONAL CORPORATION
JENNIFER E. DUGGAN, ESQ. (No. 183833)
350 University Ave., Suite 200
Sacramento, CA 95825
Tel: 916-929-1481
Fax: 916-927-3706
jduggan@porterscott.com
kvilla@porterscott.com

DAN WILCOXEN, ESQ. (No. 54805)
WILCOXEN CALLAHAN MONTGOMERY & DEACON
2114 K Street
Sacramento, CA 95816
Tel: (916) 442-2777
Fax: (916) 442-4118
denisa@wilcoxenlaw.com

Attorneys for Defendants DISTILLERY; RONALD ALVERNAZ, and JAMES DUNPHY, JR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>    Plaintiff,<br><br>v.<br><br>DISTILLERY; RONALD ALVERNAZ; JAMES DUNPHY, JR.; JAMES DUNPHY, SR., and DOES 1 through 50, Inclusive,<br><br>    Defendants.<br>_____ / | CASE NO. 2:08-CV-00450-MCE-JFM<br>Civil Rights<br><br>**STIPULATION AND ORDER TO EXTEND CUTOFF FOR DISCOVERY AND DISCOVERY MOTION** |

**TO THE COURT:**

This is a request to extend the discovery and discovery motion deadlines by 45 days to accommodate an ongoing settlement effort. Both deadlines expire on May 15, 2009.

As an update, on February 5, 2009 the parties appeared before the Honorable Judge John F. Moulds for a Settlement

1 Conference, and, thanks to his assistance, tentatively settled
2 in full plaintiff's claims for injunctive relief and statutory
3 damages, but preserving plaintiff's remaining claim for attorney
4 fees, litigation expenses and costs for further negotiation
5 and/or motion.  Presently, a proposed consent decree has been
6 circulated on the tentatively-settled claims, which is under
7 review by counsel.  So that the parties my complete this process
8 while relieving slightly the pressure and expense of the current
9 discovery deadline, the parties seek the 45 day continuance.
10     Wherefore, the parties request that the court extend the
11 ////

Stipulation and Order to Extend Discovery and Discovery Motion Cutoff:
Case No. 2:08-CV-00450-MCE-JFM

aforementioned deadlines to June 29, 2009.

**SO STIPULATED.**

Dated: March 3, 2009           THIMESCH LAW OFFICES
                               TIMOTHY S. THIMESCH

                                    /s/ Signature Authorized
                               Attorneys for Plaintiff
                               JEAN RIKER

Dated: March 3, 2009           PORTER | SCOTT
                               A PROFESSIONAL CORPORATION
                               JENNIFER E. DUGGAN, ESQ.

                                    /s/ Signature Authorized
                               Attorneys for Defendants DISTILLERY;
                               RONALD ALVERNAZ, and JAMES DUNPHY, JR.

Dated: March 3, 2009           WILCOXEN CALLAHAN MONTGOMERY &
                                    DEACON
                               DAN WILCOXEN, ESQ.

                                    /s/ Signature Authorized
                               Attorneys for Defendants
                               DISTILLERY; RONALD ALVERNAZ; and
                               JAMES DUNPHY, JR.

**ORDER**

DATED: March 3, 2009
                               _____
                               MORRISON C. ENGLAND, JR.
                               UNITED STATES DISTRICT JUDGE

3

**Stipulation and Order to Extend Discovery and Discovery Motion Cutoff:**
**Case No. 2:08-CV-00450-MCE-JFM**