**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ. (No. 148213)
GENE FARBER, ESQ. (No. 44215) – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorney for Plaintiff JEAN RIKER

PORTER | SCOTT
A PROFESSIONAL CORPORATION
JENNIFER E. DUGGAN, ESQ. (No. 183833)
350 University Ave., Suite 200
Sacramento, CA 95825
Tel: 916-929-1481
Fax: 916-927-3706
jduggan@porterscott.com
kvilla@porterscott.com

DAN WILCOXEN, ESQ. (No. 54805)
WILCOXEN CALLAHAN MONTGOMERY & DEACON
2114 K Street
Sacramento, CA 95816
Tel: (916) 442-2777
Fax: (916) 442-4118
denisa@wilcoxenlaw.com

Attorneys for Defendants DISTILLERY; RONALD ALVERNAZ, and JAMES DUNPHY, JR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>    Plaintiff,<br><br>v.<br><br>DISTILLERY; RONALD ALVERNAZ; JAMES DUNPHY, JR.; and JAMES DUNPHY, SR.,<br><br>    Defendants.<br>_____/ | CASE NO. 2:08-CV-00450-MCE-JFM<br>Civil Rights<br><br>**STIPULATION AND ORDER CONTINUING SCHEDULING ORDER DATES** |

**TO THE COURT:**

The parties are pleased to report that thanks to the efforts of the Honorable John F. Moulds at Settlement Conference, the parties have now completed a Consent Decree Order and Judgment to settle all equitable relief and compensatory damage issues, with plaintiff's outstanding claim

1

PDF created with pdfFactory trial version www.pdffactory.com

for reasonable statutory attorney fees, litigation expenses and costs being reserved for motion. The Consent Decree has been signed by all parties and their counsel save defendant James Dunphy, Jr., whose conservator must petition the Probate Department of the Superior Court in Sacramento for authority to enter the agreement. The submission will be made within approximately 21 days. Because the Consent Decree is made expressly contingent on obtaining authority from the Probate Court, and to avoid incurring unnecessary expenses on discovery and disclosures during the interim, the parties request that the Court extend the discovery, motion, pretrial and trial dates by approximately 60 days, and as follows:

1. Continue the discovery and discovery
   motion cutoff from 6/29/09 to .........8/31/09
2. Extend the deadline to disclose expert
   witnesses and reports from 7/15/09 to .9/15/09
3. Extend the deadline to supplement expert
   witness disclosure from 8/4/09 to ....10/5/2009
4. Continue the deadline to hear dispositive
   motions from 9/15/09 to ..............11/17/09
5. Extend the deadline for filing the
   Joint Pretrial Statement from
   1/15/10 ..............................3/1810
6. Continue the Pretrial Conference from
   2/15/10 to .....................4/8/10 at 2 PM
7. Extend the Deadline for Submitting Trial
   Exhibits from 3/15/10 to ........... 5/10/10

///

2

```
 1       8.   Continue the Trial from 3/22/10  to ...5/24/10 at 9 AM
 2       SO STIPULATED.
 3
 4  Dated: May 6, 2009              THIMESCH LAW OFFICES
                                    TIMOTHY S. THIMESCH
 5
                                         /s/ Signature Authorized
 6                                  Attorneys for Plaintiff
                                    JEAN RIKER
 7
 8  Dated: May 6, 2009              PORTER | SCOTT
                                    A PROFESSIONAL CORPORATION
 9                                  JENNIFER E. DUGGAN, ESQ.

10                                       /s/ Signature Authorized
                                    Attorneys for Defendants DISTILLERY;
11                                  RONALD ALVERNAZ, and JAMES DUNPHY, JR.

12  Dated: May 6, 2009              WILCOXEN CALLAHAN MONTGOMERY &
                                          DEACON
13                                  DAN WILCOXEN, ESQ.

14                                       /s/ Signature Authorized
                                    Attorneys for Defendants
15                                  DISTILLERY; RONALD ALVERNAZ; and
                                    JAMES DUNPHY, JR.
16
17                                  **ORDER**
18       IT IS SO ORDERED.
19  DATED: May 6, 2009
20                                  _____
                                    MORRISON C. ENGLAND, JR
21                                  UNITED STATES DISTRICT JUDGE
```

3

PDF created with pdfFactory trial version www.pdffactory.com