**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Jennifer E. Duggan, SBN 183833
Mary E. Edes, SBN 264584
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
DISTILLERY, RONALD ALVERNAZ, and JAMES DUNPHY, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER, | Case No.  2:08-CV-00450-MCE-JFM |
| Plaintiff, | **STIPULATION AND  ORDER** |
| v. | |
| DISTILLERY;   RONALD   ALVERNAZ; JAMES DUNPHY, JR.; JAMES DUNPHY, SR., and DOES 1 through 50, Inclusive, | |
| Defendants. _____/ | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JEAN RIKER, and

Defendants DISTILLERY, RONALD ALVERNAZ, and JAMES DUNPHY, JR., by and through

the undersigned, that Paragraph O of Section V of the Consent Decree in this matter, signed by the

parties on April 28, 2009 and ordered by this Court on July 29, 2009, is to be stricken.  The parties

agree that Paragraph O of Section V contradicts with Paragraph A of Section V and was not intended

to be included in the final, executed version of the Consent Decree.

/ / /

| | |
|---|---|
| Dated: April 6, 2010 | THIMESCH LAW OFFICES |
| | By   /s/ Timothy S. Thimesch<br>        Timothy S. Thimesch<br>        Attorneys for Plaintiff |
| Dated: April 6, 2010 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| | By   /s/ Jennifer E. Duggan<br>        Jennifer E. Duggan<br>        Attorneys for Defendants |

**ORDER**

IT IS SO ORDERED.

Dated:  April 12, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE