TIMOTHY S. THIMESCH, ESQ. (No. 148213)
GENE FARBER, ESQ. (No. 44215) – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorney for Plaintiff JEAN RIKER

**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
Jennifer E. Duggan, SBN 183833
Mary E. Edes, SBN 264584
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
jduggan@porterscott.com
medes@porterscott.com

DAN WILCOXEN, ESQ. (No. 54805)
WILCOXEN CALLAHAN MONTGOMERY & DEACON
2114 K Street
Sacramento, CA 95816
Tel: (916) 442-2777
Fax: (916) 442-4118
denisa@wilcoxenlaw.com

Attorneys for Defendants
DISTILLERY, RONALD ALVERNAZ, and JAMES DUNPHY, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER, | Case No. 2:08-CV-00450-MCE-JFM |
| Plaintiff, | **ORDER GRANTING JOINT MOTION OF ALL PARTIES TO VACATE ORDER PURSUANT TO SETTLEMENT** |
| v. | |
| DISTILLERY; RONALD ALVERNAZ; JAMES DUNPHY, JR.; JAMES DUNPHY, SR., and DOES 1 through 50, Inclusive, | Date: [No Hearing Requested]<br>Time:<br>Ctrm.: |
| Defendants. | Judge: **Judge England** |

THIS MATTER having come before the Court upon the joint motion of the parties and the

Court having considered the matters on file herein and deeming itself fully advised does hereby **ORDER, ADJUDGE, AND DECREE:**

In light of the settlement reached, through the Ninth Circuit Mediation Program, while the instant matter was on appeal, this Court's Order, filed November 25, 2009, granting Plaintiff's Motion for Award of Reasonable Statutory Attorneys' Fees, Litigation Expenses, and Costs (Docket Number 105), is vacated. (See Federal Rules of Civ. Proc., Rule 60(b).)

IT IS SO ORDERED.

Dated:  June 25, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE